# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JUAN GUDINO, on behalf of himself and all other persons similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>SUN SHUI RESTAURANT, INC, and YU YUN CHEN, individually<br><br>Defendants. | Case No. 15-CV-8407<br><br>Judge Alonso |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

This Joint Stipulation for Voluntary Dismissal is respectfully submitted by Plaintiffs Juan Gudino, Arnulfo Ramirez, Alex Mendez and Hilario Fragoso (hereafter "Plaintiffs"), and Defendants Sun Shui Restaurant, Inc. and Yu Yun Chen, individually (hereafter "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate as follows:

1. On January 4, 2016, the Parties executed a settlement agreement resolving all of the claims in this matter.

2. The settlement reached by the Parties calls for Defendants to make a series of installment payments, with the first installment payment on or before January 8, 2016, and the final installment payment due on December 31, 2016.

3. The Parties hereby stipulate that this matter, including all Counts in the Complaint filed by Plaintiff, shall be dismissed in its entirety *without prejudice*, with each Party bearing its own attorneys' fees and costs, except as may be otherwise provided in the Parties' settlement agreement.

4. The Parties further stipulate that the Court retains jurisdiction to enforce the

parties' settlement agreement upon motion filed by Plaintiff on or before January 30, 2017.

5.  The Parties further stipulate that absent a motion brought by Plaintiff to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with prejudice on January 31, 2017.

                Respectfully submitted,

Dated: January 18, 2016

| s/Douglas M. Werman | s/Robert J. Kartholl (w/consent) |
|---|---|
| Douglas M. Werman | Robert J. Kartholl |
| Maureen A. Salas | The Law Offices of Robert J. Kartholl |
| Sarah J. Arendt | Itasca Bank & Trust Building |
| Zachary C. Flowerree | Nine East Irving Park Road |
| Werman Salas P.C. | Roselle, Illinois 60172 |
| 77 West Washington Street, Suite 1402 | |
| Chicago, Illinois 60602 | |
| (312) 419-1008 | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |