## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Juan Gudino

                        Plaintiff,

v.                                                       Case No.: 1:15−cv−08407
                                                        Honorable Jorge L. Alonso

Sun Shui Restaurant, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 19, 2016:

       MINUTE entry before the Honorable Jorge L. Alonso: A stipulation for voluntary dismissal has been filed. This case is dismissed without prejudice with leave to reinstate by 1/31/17. If no motion to reinstate has been filed by 1/31/17, this case will automatically be dismissed with prejudice. The status hearing date of 1/21/16 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.